United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 25-17281-RB

Bruno Jesus White                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                         User: admin                                    Page 1 of 2

Date Rcvd: Jan 20, 2026                      Form ID: 318a                          Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Bruno Jesus White, 13108 Gatehall Ave, Corona, CA 92879-5322 |
| 42730556 | | Anytime Fitness, 11 weir drive, Saint Paul, MN 55125 |
| 42730575 | | Speedy Cash, PO Box 550, Dublin, OH 43017-0550 |
| 42730576 | + | The Irvine Company, c/o Rezicka, Wallace, & Coughlin, 16520 Bake Pkwy Ste 280, Irvine, CA 92618-4695 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | | Email/Text: arturo.cisneros@txitrustee.com | Jan 21 2026 05:45:00 | Arturo Cisneros (TR), 3403 Tenth Street, Suite 714, Riverside, CA 92501 |
| smg | | EDI: EDD.COM | Jan 21 2026 10:28:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jan 21 2026 10:28:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Jan 21 2026 10:28:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42730555 | | EDI: GMACFS.COM | Jan 21 2026 10:28:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 42730558 | | Email/Text: esther@cbhv.com | Jan 21 2026 05:46:00 | CBHV, PO Box 831, Newburgh, NY 12551-0831 |
| 42730557 | | EDI: CAPITALONE.COM | Jan 21 2026 10:28:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42730559 | | Email/Text: ibnk@conserve-arm.com | Jan 21 2026 05:46:00 | ConServe, PO Box 307, Fairport, NY 14450-0307 |
| 42730561 | | EDI: CCS.COM | Jan 21 2026 10:28:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 42730562 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 21 2026 05:47:30 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 42730563 | + | Email/Text: bankruptcy@fncbinc.com | Jan 21 2026 05:44:00 | First National Credit Bureau, 50 W Liberty St Ste 250, Reno, NV 89501-1973 |
| 42730564 | | EDI: CALTAX.COM | Jan 21 2026 10:28:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42730565 | + | EDI: CBS7AVE | Jan 21 2026 10:28:00 | Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 42730566 | | EDI: IRS.COM | Jan 21 2026 10:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42730567 | | EDI: JEFFERSONCAP.COM | Jan 21 2026 10:28:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Jan 20, 2026 | Form ID: 318a | Total Noticed: 27

| | | | |
|---|---|---|---|
| | | | Cloud, MN 56303-2198 |
| 42730568 | Email/Text: bankruptcynotices@kts-law.com | Jan 21 2026 05:46:00 | Kimball, Tirey, St John LLP, 915 Wilshire Blvd Ste 1650, Los Angeles, CA 90017-2658 |
| 42730569 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 05:47:31 | LVNV Funding, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 42730570 | Email/Text: bknotices@mbandw.com | Jan 21 2026 05:46:00 | McCarthy Burgess & Wolf, 26000 Cannon Rd, Bedford, OH 44146-1807 |
| 42730571 | Email/Text: bankruptcy@ncaks.com | Jan 21 2026 05:44:00 | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 42730572 | Email/Text: collections.bankruptcy@nuvisioncu.org | Jan 21 2026 05:46:00 | Nuvision Credit Union, 7812 Edinger Ave, Huntingtn Bch, CA 92647-3727 |
| 42730573 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jan 21 2026 05:45:00 | Progressive Select Insurance, 300 N Commons Blvd, Cleveland, OH 44143-1589 |
| 42730574 | Email/Text: ngisupport@radiusgs.com | Jan 21 2026 05:45:00 | Radius Global Solutions, 7831 Glenroy Rd Ste 250, Minneapolis, MN 55439-3117 |
| 42730560 | Email/Text: TCBankruptcy@sbcountyatc.gov | Jan 21 2026 05:46:00 | County of San Bernardino, Central Collections, 268 W Hospitality Ln Fl 2, Sn Bernrdno, CA 92415-0900 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Ally Bank c/o AIS Portfolio Services LLC amit.sharma@aisinfo.com |
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Benjamin Heston | on behalf of Debtor Bruno Jesus White bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Bruno Jesus White | Social Security number or ITIN | xxx–xx–7376 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Central District of California

Case number:   6:25–bk–17281–RB

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bruno Jesus White
fka Bruno White

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 1/20/26

**Dated:** 1/20/26

**By the court:**   Magdalena Reyes Bordeaux
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

10/AUTU

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**